DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Petitioner,

v.

REESE F. KING and JANET A. KING,

Respondents.

No. 2D22-967

_____

September 23, 2022

Petition for Writ of Certiorari to the Circuit Court for Polk County;
James A. Yancey, Judge.

Andrew A. Labbe of Groelle & Salmon, P.A., Tampa, for Petitioner.

Mark A. Nation of The Nation Law Firm, Longwood, and Ashley
McMahan of Morgan & Morgan, Orlando, for Respondents.

PER CURIAM.

    Dismissed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.